**EXHIBIT "A"**

**COPY OF FILED**

**FILINGS WITH THE SECRETARY OF STATE**

**UCC-1; UCC 1 ad Form 56 W8BEN**

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 04/12/2024 11:00:36 PM
Master ID: 20242033025
Validation Number: 20242033028
Amount: $8.00

| **Initial Financing Statement** |
|---|

File #: 20242033025      File Date: 04/12/2024 10:02:02 PM      Filing office: Secretary of State

This amendment is an assignment.

| **Debtor: (Organization) - Added** |
|---|

Name: Luke C. Storey
Address1: Saint Anthony Hospital
Address2: 11600 West 2nd Place
City: Lakewood      State: CO      ZIP/Postal Code: 80228
Province:      Country: United States

Collateral is held in a Trust.

| **Debtor: (Organization) - Added** |
|---|

Name: Luke Carlson Storey
Address1: COLORADO SECRETARY OF STATE
Address2: 1700 Broadway #550
City: Denver      State: CO      ZIP/Postal Code: 80290
Province:      Country: United States

Collateral is held in a Trust.

| **Debtor: (Organization) - Added** |
|---|

Name: Luke Storey
Address1: COLORADO SECRETARY OF STATE
Address2: 1700 Broadway #550
City: Denver      State: CO      ZIP/Postal Code: 80290
Province:      Country: United States

Collateral is held in a Trust.

| **Debtor: (Organization) - Added** |
|---|

Name: STOREY BABY BOY
Address1: Saint Anthony Hospital
Address2: 11600 West 2nd Place
City: Lakewood      State: CO      ZIP/Postal Code: 80228
Province:      Country: United States

Collateral is held in a Trust.

| **Assignor (Individual)** |
|---|

Last name: Storey      First name: Luke      Middle name: Carlson      Suffix:
Address1: c/o: PO Box 341843
Address2:
City: Austin      State: TX      ZIP/Postal Code: [78734-9998]
Province:      Country: United States

## Collateral

This amendment adds collateral

**Description:**

All property belonging to the Debtor/Bailey belongs to the Secured Party/Bailor. Being age of majority, Secured Party exercises claim in recoupment for pledge and grant of bailment of person birth certificate, and all property (credit/value of a living soul) in state of infancy accepted by and delivered to debtors/bailees as consideration for active bailment by secured party. All property and persona of Secured Party are subject to claims and defenses by secured party. Declaration of Independence for the protection and defense of these self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with care and maintenance provided by usufructuary.

## Optional Information

### Optional filer reference data/miscellaneous information:

See attached images, and Legal Notice and Demand.

## Authorizing Party (Secured Party): (Individual)

Last name: Storey     First name: Luke     Middle name: Carlson     Suffix:

Address1: *c/o*: PO Box 341843

Address2:

City: Austin     State: TX     ZIP/Postal Code: [78734-9998]

Province:     Country: United States

# Attachment Index

| Attachment # | Description | Filename | Size | Format |
|:---:|:---:|:---:|:---:|:---:|
| 1 | (Luke Storey) UCC1 Amendment | (Luke Storey) SOS UCC1 Amendment filing Data sheet.pdf | 103127 | PDF |
| 2 | (Luke Storey) UCC1 Amendment | (Luke Storey) Legal Notice and Demand SIGNED.pdf | 669701 | PDF |
| 3 | (Luke Storey) UCC1 Amendment | (Luke Storey) SR&A Limited Power of Attorney COUNTERSIGNED.pdf | 340360 | PDF |

**(Luke Storey) UCC1 Amendment**

File name: (Luke Storey) SOS UCC1 Amendment   Uploaded: 04/12/2024 10:25:46 PM
filing Data sheet.pdf

**UCC Financing Statement Amendment/Assignment**

Current Record: Master ID: 20242033025
Validation Number:

**Debtor: (Organization)**
Luke C. Storey
Saint Anthony Hospital
11600 West 2nd Place, Lakewood, Colorado [80228]

**Debtor: (Organization)**
Luke Carlson Storey
COLORADO SECRETARY OF STATE
1700 Broadway #550, Denver, Colorado [80290]

**Debtor: (Organization)**
Luke Storey
COLORADO SECRETARY OF STATE
1700 Broadway #550, Denver, Colorado [80290]

**Debtor: (Organization)**
STOREY BABY BOY
Saint Anthony Hospital
11600 West 2nd Place, Lakewood, Colorado [80228]

**Secured Party: (Individual)**
Luke-Carlson: Storey
c/o: PO Box 341843
Austin, Texas [78734-9998]

**Collateral:**
**Description:**
All property belonging to the Debtor/Bailey belongs to the Secured Party/Bailor. Being age of majority, Secured Party exercises claim in recoupment for pledge and grant of bailment of person birth certificate, and all property (credit/value of a living soul) in state of infancy accepted by and delivered to debtors/bailees as consideration for active bailment by secured party. All property and persona of Secured Party are subject to claims and defenses by secured party. Declaration of Independence for the protection and defense of these self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with care and maintenance provided by usufructuary.

**Real estate information:**
This finance statement covers as-extracted collateral.

Description of the real estate covered by this financing statement:
Reference **Colorado** state file number/local registration district and certificate number **105-70-033431**; and all claims made by the **INTERNAL REVENUE SERVICE, UNITED STATES TREASURY** against **LUKE CARLSON STOREY**.

**Name of a record owner of above-described real estate (if debtor does not have a record interest):**
Organization: Colorado State Department of Health
Address1: Vital Records Certification Unit
Address2: 4300 Cherry Creek Drive South, HSVRD-VS-A1, Denver, Colorado [80246-1530]

**Alternative Designation:**
In this financing statement, the terms "debtor" and "secured party" shall be read to mean:
Bailee/Bailor

**Optional filer reference data/miscellaneous information:**
Debtor is a Trustee acting with respect property held in Trust.

# (Luke Storey) UCC1 Amendment

File name: (Luke Storey) Legal Notice and Demand SIGNED.pdf

Uploaded: 04/12/2024 10:58:53 PM

# LEGAL NOTICE AND DEMAND

### FIAT JUSTITIA, RUAT COELUM
*(Let right be done, though the heavens should fall)*



**NON WAR POWERS ACT FLAG**

## To: All State, Federal and International Public Officials,
### THIS IS A CONTRACT IN ADMIRALTY JURISDICTION
### THIS TITLE IS FOR YOUR PROTECTION
**Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.**

**Attention:** Any and all Governments, Municipalities, Cities, Townships, Public Officials, Lending Institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and the aforementioned officers, agents, and employees therein: This is a notice of the law as applicable to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of Luke-Carlson: Storey or the trust in representation thereof. This Contract being of honor is presented under the "**Good Faith (Oxford) Doctrine.**"

For a Collateral list that is subject to this documentation please see both Security Agreement under
Item No.: 10291970-LCS-SA and SCHEDULE A.

Definitions as they apply to this Contract are enclosed in ATTACHMENT "A" and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Undersigned.

**I,** Luke-Carlson: Storey, Trustee/Secured Party/Bailee, hereinafter the Undersigned, state the ensuing being of lawful majority age, clear head, and sound mind. All responses, requests and the like henceforth must be presented in writing, signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract"). The law stated herein is for your clarification, not an agreement/ omission/ contract/ covenant that the Undersigned has entered or agreed to enter into any foreign jurisdiction.

**It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name which is in fact a trust previously associated with a "public office" in the United States government by virtue of the Social Security Number attached to it. Further information is to help clear up any presumptions and set the record straight.**

The undersigned tendering this document is a Trustee/Secured Party/Bailee by fact**; not:**

| | | | | | |
|---|---|---|---|---|---|
| 1) | a Strawman Vessel in Commerce, | | | 1) | the "United States of America", |
| 2) | Corporate Fiction | | | 2) | the "government of the United States" |
| 3) | Legal Entity, | of, for, by, or to | | 3) | the "State of Texas", |
| 4) | *ens legis*, | | | 4) | or to "<u>UNITED STATES Corporation</u>" |
| 5) | or Transmitting Utility, | | | | |

also known as the corporate "UNITED STATES, "Corp. USA", "United States Inc." or by whatever name may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name same may currently be known or be hereafter named, and the like.

Further, the undersigned is not:

| | | |
|---|---|---|
| 1) | a citizen within; | to the "UNITED STATES CORPORATION" [28 U.S.C. §3002(15)(A)], also |
| 2) | surety for; | known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or |
| 3) | subject of; | by whatever name it may currently be known or be hereafter named, (excluding the |
| 4) | an officer of; | "united states of America" and the "government of the United States as created in |
| 5) | and does not owe | the original "Constitution for the united States of America", circa 1787") or any of |
| | a. allegiance, | its agencies, or sub-Corporations, including but not limited to any de facto compact |
| | b. fealty, bond, | (Corporate) commercial STATES contracting therein, including but not limited to |
| | c. undertaking, | the "STATE OF TEXAS", or by whatever name it may currently be known or |

d. obligation,
e. duty,
f. tax,
g. Impost,
h. or tribute

hereafter named (excluding the, "Republic of TEXAS"), and the like.

This is now being a matter of public record.

**The Vessel in Commerce** known as LUKE CARLSON STOREY © initially created as a trust (also known by identifying numbers 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/105-70-033431) by the Government/Parents for the benefit of the Undersigned, Luke-Carlson: Storey as beneficiary on 10/29/1970. On Monday, February 26, 2024 a waiver of beneficial position was declared to take up the abandoned post of Trustee/Secured Party/Bailee to manage the affairs of LUKE CARLSON STOREY © for the benefit of beneficiaries thereinafter named in REGISTRY OF TRUST for the following reasons:

1) matters are not being handled with efficiency
2) in many respects matters are not being taken care of at all
3) usurpation of funds is occurring
4) there is rampant fraud and deceit
5) position of trustee has been left vacant or uncontested

Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank will remain in full effect from the initial date of creation with current office holder of Secretary of Treasury being provided appointment to trust to continue as fiduciary.

Fraud gives the victim of the fraud the right to terminate his relationship to the government:
"Si quis custos fraudem pupillo fecerit, a tutela removendus est. "
If a guardian behaves fraudently to his ward, he shall be removed from the guardianship. Jenk. Cent. 39.
[Bouvier's Maxims of Law, 1856,]

The similarity in the names of the Undersigned and the Vessel in Commerce, two distinct and separate legal entities, is testament to the undeniable propinquity. LUKE CARLSON STOREY ©, originally an incorporeal creation of Government/Parents, is dependent upon and only exists because Luke-Carlson: Storey, a Natural man exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human, and therefore the creation of a Vessel in Commerce known commonly as LUKE CARLSON STOREY TRUST© was highly advantageous to Government to interface with.

Since the birth of the Undersigned, the Government has utilized the credit and future earning potential of the Undersigned, establishing and operating a Private Offset Account through the use of the Vessel in Commerce, LUKE CARLSON STOREY © TRUST without the knowledge, consent, or permission of the Undersigned acting to the detriment of the beneficiary Luke-Carlson: Storey, against the basic precepts of a trust. During this time the Undersigned has unknowingly been functioning as the manager of the trust and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce. Now, the Undersigned acts knowingly, not in a beneficial position but as manager/Trustee of the trust. The Undersigned has valid documentation waiving beneficial position for the position of Trustee/Secured Party/Bailee submitted as a matter of public record by which the Undersigned became Trustee/secured party/Bailee to LUKE CARLSON STOREY © and has full operating authority.

The Undersigned having full control of Trust **revokes all** permissions to the Government and/or any political subdivisions/Organizations to use copyrighted TRUST name LUKE CARLSON STOREY © TRUST or trust in any fashion except by explicit written request/order in direction otherwise. Said name belongs to Trust in operation by trustees wherein the government/agencies thereof have no control as Trustee/Secured Party/Bailee having full mental capacity and ability to contract as well as natural right to trust holds a common-law trade-name, trademark, LUKE CARLSON STOREY © as authorized representative (Attorney-In-Fact), as well as established validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of TRUST is the property of TRUST as well as any value that has been deposited in Private Offset Account is the property of TRUST, as any such value was created from the credit thereof. Account will remain in effect with appointment of fiduciary by Form 56.

**The Undersigned** now tendering this binding Legal Notice and Demand, having hereinabove declared Trustee/Secured Party's/TRUST's proper Legal Status and relation to the "Republic of Texas" and to the said de facto compact (Corporate) commercial STATES, including the "STATE OF TX", or by whatever name it may currently be known or hereafter named, does hereby state that the declarations and statements made herein are the truth, the whole truth and nothing but the truth to the best of Trustee/Secured Party's knowledge. Acknowledged by silence and acquiescence of the TX SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of said office, regarding the Trustee/Secured Party's "NOTICE and DEMAND", is therefore accepted and agreed to be the truth.

With silence of Corporate Office "SECRETARY OF STATE" ratifies severances of any nexus or relationship between Trustee/Secured Party/Trust and the said de facto corporate commercial STATE offices; being fraudulently conveyed, operating under "Color of Authority". Let this be known by the **"Good Faith (Oxford) Doctrine"** to all men and women. The Undersigned nor Trust consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America", all of the Amendments of the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas", whether the Undersigned or trusts dwellings, cars, land crafts, watercrafts, aircrafts, the Undersigned himself and current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of the Undersigned or Trust, past, present, and future, now and forevermore, so help me God.

This notice is in the nature of a Miranda Warning "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I, Luke-Carlson: Storey or LUKE CARLSON STOREY © TRUST (simply know herein as Trust) as aforestated am not a citizen within, surety for, subject of, and do not owe allegiance, or fealty as aforestated to the any of the aforementioned or the like, and herein is forever rebutted by this counterclaim in Admiralty.

By this record let it be known that the Undersigned and Trust do not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas", nonetheless, demanding that you protect these as you swore an oath(s) to do so. The Undersigned accepts you're lawfully required "Oath(s) of Office," bonds of any type, insurance policies, CAFR funds, and property of any type for protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the Undersigned or the Trust that he represents, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

NOTE: A true and correct copy of this **Statute Staple Securities Instrument** is on file not only with the Secretary of State's office, but also been delivered to several trusted parties apprising them of the Undersigned's policy of presenting this security instrument to each and every public officer who approaches the Undersigned or the Trust violating the Undersigned and/or Trusts unalienable rights including, but not limited to right of liberty and free movement upon any common pathway of travel. The Undersigned has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse effects or damages upon the Undersigned by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with the de facto compact (Corporate) commercial STATES, including the "STATE OF TX", or by whatever name it may currently be known or be hereafter named, the Undersigned will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy thereof becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon the Undersigned as caused by your acts under color of law with you, your officers, and employees.

Take note; you are now monetarily liable in your personal and corporate capacity. The Undersigned, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas" which are applicable to non-domestic non-assumpsit non-residents on sojourn. The Undersigned wishes no harm to any man or woman. You agree to uphold my "Right to Travel".

BE WARNED, NOTICED, AND ADVISED that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas", the Undersigned relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty, and commercial liens and levies pursuant, but not limited to, Title 42 U.S.C.A.(Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), to which you are bound by office and oath, the "Constitution of the State of Texas", and TEXAS penal codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights, and/or the "Constitution of the State of TEXAS", as applicable. There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been injured. When there is no victim, there is no crime committed or law broken.

**Remember in** taking a solemn binding oath(s) to protect and defend the original Constitution for the United States of America circa (1787) and/or the Constitution of the State of Texas against all enemies, foreign and domestic, that violation(s) of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. The Undersigned accepts said Oath(s) of Office that you have *sworn to uphold*.

**This** legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate The Undersigned's rights or allow violations by others. Your corporate commercial acts against The Undersigned or The Undersigned's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence

**The** liability is upon you, and/or your superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at The Undersigned's discretion. You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of The Undersigned or The Undersigned's own at all times.

**BILLING COSTS ASSESSED WITH LEVIES AND LIENS AND OR TORT UPON VIOLATIONS SHALL BE:**

| | |
|---|---|
| **-Unlawful Arrest, Illegal Arrest, Restraint, Distraint, or Trespassing/Trespass** | without a lawful correct and complete 4th amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| **-Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right Freedom of Speech, Conspiracy, Aid and Abet, Racketeering, and or Abuse of Authority** | as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, to per officer, official, agent, or Representative involved. |
| **-Assault and Battery with Weapon:** | $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| ***-Unlawful Distraint, Unlawful Detainer, or False Imprisonment:*** | $5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, official, agent, or Representative involved, plus 18% annual interest. |
| **-The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency:** | $2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest upon the Secured Party's declared value of property. |

| | | |
|---|---|---|
| -Assault or Assault and Battery without Weapon; -Unfounded Accusations by officer of the court; -Denial and or Abuse of Due Process; -Obstruction of Justice; Reckless Endangerment, Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after occurrence, being detained; -Counterfeiting Statute Staple Security Instruments; -Unlawful Detention, or Incarceration; -Incarceration for Civil or Criminal Contempt of court without lawful, documented-in-law, and valid reason; -Disrespect by a Judge or Officer of the Court; -Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court; -Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the Trust against his Will: | | $2,000,000.00 (Two Million) US Dollars, per occurrence per officer, official, agent, or Representative involved. |

| | |
|---|---|
| **Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property** | including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Secured Party will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof that caused such harm or deprivation of rights. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract. |

| | |
|---|---|
| **The Undersigned** does not grant entrance under any Circumstances to enter any property at which the undersigned is located, leasing, owns or controls at any time for any reason without the Undersigned's express written permission. | Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator. |

All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first (31st) day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coins at the US MINT, or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Undersigned, or The Undersigned's designee.

### CAVEAT

**The** aforementioned charges are billing costs derived from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practices Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate the Undersigned/Trust rights, privileges, capacities, and immunities under the "Constitution for the united States of America", the Honorable "Bill of Rights" and/or "Constitution of the State of TEXAS", each of which establishes jurisdiction for you in your normal course of business. All violations against the Undersigned/Trust will be assessed per occurrence, and individually and personally; Representative of any branch of government, agency, or group that is involved in any unlawful action against The Undersigned.

**By** your actions, carried out to The Undersigned/Trust's harm, said actions being *ultra vires* of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal you shall lack recourse for all claims of immunity in any forum. Your knowing consent and admission of perpetrating known acts by your continued *ultra vires* enterprise is a violation of The Undersigned/Trust rights, privileges, capacities, and immunities. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects Article III court remedies, as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A (including, but not limited to § 242 thereof), and Title 28 U.S.C.A. In short All Rights Reserved.

### IGNORANCE OF THE LAW IS NO EXCUSE

**I, Luke-Carlson: Storey**, Trustee/Secured Party/Bailee am the principal, and you are the agent. Fail not to adhere to your oath(s), lest you be called to answer before one God and one Supreme Court of Exclusive and Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive Honorable "Bill of Rights."

**This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Inalienable Rights are ever waived or taken from the undersigned against my will by threats, duress, coercion, fraud, or in any case without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate The Undersigned/Trust's Unalienable Rights as protected by the original "Constitution for the united States of America" circa (1787), "Bill of Rights" and/or the "Constitution of the State of Texas." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is The Undersigned's stated standard policy to ALWAYS present this NOTICE to any public or private, officer, official, or agent attempting to violate The Undersigned's rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of certified mail to SECRETARY OF STATE. Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies. Any other individuals who have been, are, or hereafter are involved in any actions now existing or that may arise in the future against The Undersigned shall only correspond to The Undersigned in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. §1746.

## SUMMATION

**Should** you move against The Undersigned or Trust in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney, clerks or any other persons who become involved in any actions now existing or that may arise in the future against The undersigned or Trust by way of aiding and abetting other actors. Take due heed and govern yourself accordingly. Any or all documents tendered to The Undersigned/Trust, lacking bona-fide ink signatures or dates per Title 18 U.S.C.A. § 513-514 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Undersigned or Trust, by violating any of the rights, constitutional rights, civil rights, privileges, immunities, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Undersigned/Trust, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies; and/or CAFR funds as needed to satisfy any and all claims as filed against you by the Undersigned or Trust. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Texas", i.e., "Republic of Texas", or to your "<u>UNITED STATES CORPORATION</u>", also known as the corporate "UNITED STATES", "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name same may currently be known or be hereafter named, and the like.

**This** document cannot be retracted by any Representative, excluding the Undersigned on this registered document, for one hundred years from date on this legally binding **Statute Staple Security Instrument**.

**ATTENTION:**

Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any Representative in any capacity of any agency, government, Corporation, or the like, agree to abide by this Contract anytime you interact with The Undersigned. This document will be on file in the public record. Your Failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Undersigned/Trust is a "Corporate Fiction" or "Legal Entity" under the jurisdiction of the "Government of the United States" and/or "UNITED STATES Corporation", and that the Undersigned or trust is under the jurisdiction of the "UNITED STATES Corporation" are now and forever rebutted.

**Your** failure to timely make rebuttal so leaves you in the position of accepting full corporate and personal responsibility for any and all liabilities for monetary damages, as indicated herein, that Undersigned or Trust incurs by any adversely affecting injuries caused by your overt, or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein or related thereto in any manner whatsoever.

<u>You have Thirty</u> (30) days, from the date of receipt of these documents by the Secretary of State's office, to respond and rebut the presumptions of any portion or this entire document/Contract, or you stand in total agreement to each and every statement made herein, by submitting to the Undersigned:

1) signed, certified, authenticated documents of the laws that rebut these declarations point by point
2) In written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed.
3) Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink.
4) Must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information:
   a. full legal name
   b. address;
   c. name of department, bureau, agency, or Corporation by which the person is employed or acts as a Representative
   d. supervisor's name and mailing address
5) certified copy of oath(s) of office if such is required by law;
6) if a member of the state bar, a certified copy of the person's bar card and license to practice law;
7) if the person is required by law to be bonded
   a. a certified copy of the person's official bond,
   b. name, address, and phone number of the bonding company;
8) if covered by a corporate insurance policy
   a. a certified copy of the insurance policy
   b. the name, address, and phone number of the insurance company
9) if a beneficiary of a CAFR
   a. a certified copy of the CAFR policy
   b. the name, address and phone number of the administrator.
10) This documentation must be provided on and For the Record under penalties of the law including perjury.

**Note: Non-response and not acting on this notice can and most likely will result in the following crimes: 18 U.S.C. 911 impersonating a U.S. citizen, 18 U.S.C. 912, impersonating a public officer. Under 18 U.S.C. 3 and 4, you as the non-responder will be liable for misprision of felony and accessory after the fact in protecting the crimes that would result from inaction on your part. Partial response without rebuttal is agreement. Any points left unrebutted are points in agreement.** Ignorance of the law is no excuse. Therefore, the Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C. §556(d).

**ALL OTHER CORPORATIONS** not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers retailers, and all others, including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBAs, and AKAs are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporation(s) or affiliations such as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

**YOU ARE FINALLY NOTICED,** having been given knowledge of the law and your personal financial liability in event of any violations of The Undersigned's rights and/or being. This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith notice and grace regardless of your political affirmations.

**Additional Rights and Defenses – Twenty-Five sovereign "People" Magna Carta Grand Jury:** In addition to any other rights or defenses that are afforded to The Undersigned by right and by this Contract, the Undersigned has the right to appeal to a "Twenty-Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which The Undersigned has been dispossessed by an "Oppressing Government" or its Representatives. If The Undersigned shall have been dispossessed by the "united States of America", the "government of the United States", the "State of Texas", or the "UNITED STATES Corporation", or any Representative thereof without a legal verdict of the Undersigned's Peers, of the Undersigned's property, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Government entity or Representative thereof shall immediately restore these things to the Undersigned. Should the Oppressing Government or Representative thereof fail to restore the property, liberties, or rights of which the Undersigned has been dispossessed, then the Undersigned may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions of the Oppressing Government or Representative thereof. The four sovereign "People shall petition the Oppressing Government for a redress of grievances, showing to the Oppressing Government its error, and asking the Oppressing Government to cause that error to be amended without delay. Should the Oppressing Government not amend that error within a term of forty (40) days from the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People" shall refer the matter to the remainder of the "Twenty-Five sovereign "People" Magna Carta Grand Jury" and they shall distrain and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their judgment. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the judgment of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", and with them any such citizen may take the property and possessions of the Oppressing Government. If any citizens be unwilling to swear to assist in carrying out the judgment of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", the "Twenty-Five sovereign "People" Magna Carta Grand Jury" shall make them to swear by the mandate of the "Twenty-Five sovereign "People" Magna Carta Grand Jury". At all times the decision of a majority of the "Twenty-Five sovereign "People" Magna Carta Grand Jury" shall be considered binding and valid

on the whole. And the aforesaid Twenty-Five shall swear that they will faithfully observe all the foregoing and will cause them to be observed to the extent of their power. The Oppressing Government or representative shall obtain nothing from anyone, either through itself or through another, by which the powers of the "Twenty-Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government or reprehensive shall never make use of it either through itself or through another. The judgment of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", both by rule of law longtime standing and by the terms of this Contract, shall not be overturned by court, as there is no higher court in the realm.

### NOTICE TO CLERK AND RECORDER

**Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

LS: _Luke-Carlson: Storey_

### WITNESSES

We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of Luke-Carlson: Storey to present this "LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representative of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Texas", i.e., "Republic of Texas", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES", "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name same may currently be known or be hereafter named, and the like, anytime that Secured Party has any interaction with them.

First Witness Signature _____
Date:

On the county at Large, riverside
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature _____
Date:

S.T. Rice, J.D. (#86082) Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

File name: (Luke Storey) SR&A Limited Power of     Uploaded: 04/12/2024 10:59:12 PM
Attorney COUNTERSIGNED.pdf

# ASSIGNMENT OF LIMITED POWER OF ATTORNEY

### ₒₒOₒₒ

#### By --

**Luke Carlson Storey**, Grantor, currently receiving his written communications in care of PO BOX 341843, AUSTIN, TEXAS. [78734-9998].

#### Upon--

Shawn T. Rice, J.D. (#86082, Fed. Tr. Cir. Ct./Non-Bar), Grantee, on the county at Large, riverside, currently receiving written communication in care of 28039 Scott Road, Unit D-350, Murrieta, California [92563].

The purpose of this Limited Power of Attorney is to assist Grantor in:

1. Establishing Holder-in-Due-Course (HDC), Secured Party Creditor (SPC), status in relation to his estate; and

2. Filing any and all requisite documents to achieve HDC/SPC status with State of Birth (officials), USDOJ, US Treasury, International Monetary Fund, (applicable FRAN) Federal Reserve Bank, Securities and Exchange Commission, local/applicable Secretary of State UCC filing portal, Depository Trust Company, and/or any other applicable entity(ies), private or governmental; and

3. Settling any and all claims against said Grantor ESTATE/TRUST in relation to real or personal property, taxes, or any liability(ies) settlement(s); and

4. communicating, emailing, telephoning, visiting, representing, assisting, investigating, filing documents, with whomever necessary, but restricted to and in furtherance in said real or personal property, taxes, or any liability(ies) settlement(s); and

5. filing any such document with whatever financial institution(s), private or government agencies, on behalf of Grantor in furtherance of said real or personal property, taxes, or any liability(ies) settlement(s); and

6. utilizing the 1099, 1096, 1199A, process to settle any outstanding liabilities after HDC/SPC status established; and

7. using the signature stamp of Grantor to perform the functions stated in this instrument; and

8. acting in the stead and good interests of the Grantor in any matter, manner, or capacity regarding the Grantor's real or personal property, taxes, or any liability(ies) settlement(s) thereunto pertaining.

THIS POWER OF ATTORNEY is effective immediately upon signature, and it shall remain in full force and effect for 24 months or until terminated by the Grantor. **California Constitution Art I § 9 applies.**

| | |
|---|---|
| _Sign your name in this space_ | A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document. |

Luke

**Carlson Storey**, Grantor                    **WITNESSED BY NOTARY**

_____Texas_____ state                    )

_____Travis_____ county                    )          subscribed and affirmed

                                              )

On this, the __14th__ day of __March__, 202__4__, the assignor and grantor, **Luke Carlson Storey**, physically appeared before me, and s/he has proven to me, on the basis of satisfactory evidence, to be the assignor and grantor, whose name is subscribed to the within instrument, and acknowledged that s/he has executed the same for the purpose(s) defined and set forth herein.

Notary Signature above this line

> **seal**
> ALPA PATEL
> Notary Public, State of Texas
> Comm. Expires 07-02-2026
> Notary ID 129477449

--------------------------------------------------------------------------------

Acceptance of Agreement

_S.T. Rice, J.D._
S.T. Rice, J.D.

Page **1** of **1**

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 04/12/2024 10:02:02 PM
Master ID: 20242033025
Validation Number: 20242033025
Amount: $8.00

## Debtor: (Organization)

Name: LUKE CARLSON STOREY TRUST
Address1: PO BOX 341843
Address2:
City: Austin          State: TX          ZIP/Postal Code: 78734-9998
Province:             Country: United States

The debtor is a transmitting utility.

## Debtor: (Organization)

Name: LUKE CARLSON STOREY; NON-ADVERSE; NON-BELLIGERANT; NON-COMBATANT PRIVATE FOUNDATION
Address1: PO BOX 341843
Address2:
City: AUSTIN          State: TX          ZIP/Postal Code: 78734-9998
Province:             Country: United States

The debtor is a transmitting utility.

## Secured Party: (Individual)

Last name: Storey          First name: Luke          Middle name: Carlson          Suffix:
Address1: c/o: PO Box 341843
Address2:
City: Austin          State: TX          ZIP/Postal Code: 78734-9998
Province:             Country: United States

## Collateral

**Description:**
Please see attached images for full collateral description and contractual agreements.

## Optional Information

**Alternative designation:**

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

## Optional filer reference data/miscellaneous information:

Bailee/Bailor shall mean the same as Secured Party/Debtor. All collateral is held under trust. UCC 1-308

# Attachment Index

| Attachment # | Description | Filename | Size | Format |
|---|---|---|---|---|
| 1 | (Luke Storey) UCC1 Packet | (Luke Storey) UCC Packet.pdf | 4122717 | PDF |
| 2 | (Luke Storey) UCC1 Packet | (Luke Storey) SR&A Limited Power of Attorney COUNTERSIGNED.pdf | 340360 | PDF |

**(Luke Storey) UCC1 Packet**

File name: (Luke Storey) UCC Packet.pdf    Uploaded: 04/12/2024 10:00:36 PM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | |

> Luke-Carlson: Storey
> c/o: PO Box 341843,
> Austin, Texas [78734-9998]
> Non-Domestic / Non-Assumpsit

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LUKE CARLSON STOREY TRUST© | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS  PO Box 341843, | CITY  AUSTIN | STATE | POSTAL CODE [78734-9998] | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LUKE CARLSON STOREY TRUST; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS  PO Box 341843, | CITY  AUSTIN | STATE Texas | POSTAL CODE [78734-9998] | COUNTRY USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME  Storey | FIRST PERSONAL NAME  Luke-Carlson: | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS  c/o PO Box 341843, | CITY  Austin | STATE Texas | POSTAL CODE | COUNTRY uSA |

4. COLLATERAL: This financing statement covers the following collateral:

This is the entry of collateral by Trustee-Secured Party on behalf of the Trust-Estate, LUKE CARLSON STOREY© in the Commercial Chamber under necessity to secure the rights, titless, interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, eDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the "Straw-man" This legis Trust-Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on debt or entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like, not on trust entity itself. Trustee is not surety to any account by explicit reservation-indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 105-70-033431, SSN/UCC-Contract Trust Account-prepaid account Number 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, Exemption Identification Number 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, is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No. 102919701-LCS-SA Hold Harmless & Indemnity Agreement No 102919701-LCS-HHIA, Copyright under item no. 102919701-LCS-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party, Luke-Carlson: Storey is living flesh and blood sojourning upon the soil of the land known as Texas, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric place(s). Trespass by any (agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rei ad se non pertinenti. All property currently held or outstanding belongs to the

| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor | |

8. OPTIONAL FILER REFERENCE DATA:
Date: 02/26/2024

**No Documentary Tax Stamp Required**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
| LUKE CARLSON STOREY TRUSTe |

OR

| 9b. INDIVIDUAL'S SURNAME |

| FIRST PERSONAL NAME |

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |

OR

| 10b. INDIVIDUAL'S SURNAME |

| INDIVIDUAL'S FIRST PERSONAL NAME |

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

Trust administered by Trustee Secured Party. Title 46 USC 31343 and Article 4 and 5 of the International Convention on Maritime Liens and
Mortgages 1993. Held at the Palis Des Nations, Geneva. From April 19 to May 5,1992 United Nations (UN). This Maritime Lien is under safe harbor
and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and I a Mort Saisit Le Vif in
accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest)

16. Description of real estate

17. MISCELLANEOUS

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# Continuation from "12. ADDITIONAL SPACE ITEM FOR 4."
# #10291970-LCS-CAD

1. All Comprehensive Annual Financial Reports. All Comprehensive Revenues. All Fiscal and Calendar Accounts, Proceeds, Products, Fixtures, Service of:
    a. All Organic Codification National and Regional Constitutional Trust, Indenture Organizations and Their Political Subdivisions;
    b. All Organic Un codification National and Regional Constitutional Trust Indentures Organizations And their Political Subdivisions;
    c. All Religious government Trust Indentures Organizations and their Ecclesiastical Provinces, Metropolitans.

2. All Sworn Oaths. All Sworn Affirmations. All Sworn Insurance Providers for All Agents, Employees, And Officers of the above list of Organizations.

3. All Annual Financial Reports. All Comprehensive Net Revenues. All Fiscal and Calendar Accounts, Proceeds, Products, Fixtures, and Service of all Adverse, Belligerent, and/or Combatant Participant Non Political Entities such as a Corporation(s), and voluntary Associations, whether Incorporated or Not, whether by, Licenses, Registrations, Records, Permits, or Certification;
    a. All Adverse, Belligerent, and/or Combatant Participants, Non-Political Entities Licenses, Registrations, Records, Permits, Memorandums, and ARTICLES OF ASSOCIATIONS.

4. Entire List of Securities is in the Individual Organization's Public Record: Registrations, Library Catalogs, and other data depositories and Repositories.
Collateral Security list shall hold the Trustee/Secured Party as Priority, Primary, and/or True Legal and Lawful filer as Trustee/Secured Party as Evidence in Fact by Secretary of State according to him/her authority grants truth by his/her witness to this Security List:

Collateral Security List herein is with acceptance and return for full legal and lawful Exchange all value is Legally and Lawfully Exempt from Levy. UCC-1 Collateral Statement for LUKE CARLSON STOREY © Trust

Continuation of Additional Collateral                    Item # 10291970-LCS-CAD

# HOLD HARMLESS AND
# INDEMNITY AGREEMENT

### Non-Negotiable - Private Between the Parties:

DEBTOR:
LUKE CARLSON STOREY TRUST©
c/o: PO Box 341843,
AUSTIN, TEXAS [78734-9998]
...and all derivatives and variations in the spelling of said name.

TRUSTEE/SECURED PARTY:
Luke-Carlson: Storey
c/o: PO Box 341843,
Austin, Texas [78734-9998]
united States of America

**TRUSTS Identifying Numbers**: 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, 105-70-033431 and any hereinafter named in trust minutes. This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Day Dated below between the juristic person: "LUKE CARLSON STOREY TRUST©" and any and all derivatives and variations in the spelling of said name hereinafter jointly and severally "TRUST", except, Luke-Carlson: Storey, the living, breathing, flesh-and-blood man, known by the distinctive appellation Luke-Carlson: Storey hereinafter "Trustee".

For valuable consideration **TRUST** hereby expressively agrees and covenants, without benefit of discussion, and without division, that **TRUST** holds harmless and undertakes the indemnification of Trustees from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, **TRUST** for any reason, purpose, and cause whatsoever. **TRUST** does hereby and herewith expressly covenant and agree that Trustees shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for **TRUST**.

## Defined: Glossary of Terms

All of the STANDARD TERMS AND CONDITIONS as set forth in "ATTACHMENTS 'A' -- DEFINITIONS" Document Item Number: 10291970-LCS-AA apply hereto, non obstante.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural. Trustee accepts **TRUST'S** signature in accord with UCC §§ 1-201(39), 3-401(b), 3-419.

*LUKE CARLSON STOREY©*

LUKE CARLSON STOREY TRUST©
**TRUST's Signature**, Copyright 1988.

Luke-Carlson: Storey - Trustee/Secured Party's Signature.
Authorized Representative. All Rights Reserved.
Without Prejudice/Without Recourse

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
**Address:** On the county at Large, riverside
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature
**Address:** S.T. Rice, J.D. [#86082] Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

| Hold Harmless Agreement | Page 1 of 1 | Item# 10291970-LCS -IIIIIA |

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1988 LUKE CARLSON STOREY TRUST.

Notice Provided Under Certified Mail No. 9589 0710 5270 0836 0364 09

<table>
<tr><td>Lawful/Legal Notice provided to:<br>_____<br>_____<br>_____<br>_____</td><td>This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.</td></tr>
</table>

**Copyright Notice: All rights reserved.**

Copyright of trade-name/trademark LUKE CARLSON STOREY © TRUST including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names; LUKE CARLSON STOREY TRUST ©, STOREY ©, LCS ©, LUKE CARLSON STOREY ©, STOREY LUKE MR©, MR STOREY © or any derivatives thereof are under Copyright 1988. Said common-law trade-name/trademark, LUKE CARLSON STOREY © TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.

**With the Intent of being Contractually Bound,** any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent, Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of LUKE CARLSON STOREY ©, and all such unauthorized use is strictly prohibited.

**By receipt of this notice, you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. This is notification that you are in BREACH.**

**You herein have two options for remedy of this breach of copyright:**

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology.; or

2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice, then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

   a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally ("User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and LUKE CARLSON STOREY TRUST is Secured Party, and signifies that User:

   b) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees:

   c) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages:

   d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;

   e) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

UCC Financing Statement - 20242033025 - Colorado Secretary of State - Page 8 of 18

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1988 LUKE CARLSON STOREY TRUST.

f) Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Luke-Carlson: Storey. Autograph Common Law Copyright 1988, Unauthorized use of "Luke-Carlson: Storey" incurs same unauthorized-use fees as those associated with LUKE CARLSON STOREY TRUST©, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: _____

E-Mail: _____

Or the address provided on the envelope.

Luke-Carlson: Storey TTEE

_____
Without Prejudice/Without Recourse
On behalf of LUKE CARLSON STOREY TRUST©.
Copyright 1988. All Rights Reserved.

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature

Address: ~~On the county at Large, riverside~~
~~c/o: 28039 Scott Road, Unit D-350~~
~~Murrieta, California [92563]~~

Second Witness Signature

Address: S.T. Rice, J.D. (#86082) Fed. Tr. Cir. Ct.
~~On the county at Large, riverside~~
~~Non-Domestic~~
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Form **56**

(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| LUKE CARLSON STOREY TRUST© | 66-6054979 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)

PO Box 341843,

City or town, state, and ZIP code (if a foreign address, see instructions.)

AUSTIN, TEXAS [78734-9998]

Fiduciary's name

JANET YELLEN, et al D.B.A. SECRETARY OF TREASURY (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)

1500 PENNSYLVANIA AVENUE, NORTH WEST

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| WASHINGTON, DISTRICT OF COLUMBIA [20220] | ( 202 ) 622-2000 |

## Section A. Authority

1   Authority for fiduciary relationship. Check applicable box:

a ☐ Court appointment of testate estate (valid will exists)

b ☐ Court appointment of intestate estate (no valid will exists)

c ☐ Court appointment as guardian or conservator

d ☑ Valid trust instrument and amendments

e ☐ Bankruptcy or assignment for the benefit or creditors

f ☐ Other. Describe ▶ ......................................................................................................

2a   If box 1a or 1b is checked, enter the date of death ▶ ..............................

2b   If box 1c – 1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ ..............................

## Section B. Nature of Liability and Tax Notices

3   Type of taxes (check all that apply): ☑ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment

    ☐ Excise   ☐ Other (describe) ▶

4   Federal tax form number (check all that apply):   a ☐ 706 series   b ☐ 709   c ☐ 940   d ☐ 941, 943, 944

    e ☐ 1040, 1040-A, or 1040-EZ   f ☑ 1041   g ☐ 1120   h ☐ Other (list) ▶

5   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . ▶ ☐
    and list the specific years or periods ▶ ..................................

6   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
    and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
    form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.     Cat. No. 16375I     Form **56** (Rev. 12-2011)

| Part II | Court and Administrative Proceedings |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | |
|---|---|---|---|---|
| Address of court | | | Docket number of proceeding | |
| City or town, state, and ZIP code | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings |

| Part III | Signature |
|---|---|

TRUSTEE On behalf of LUKE CARLSON STOREY TRUST©

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

By appointment of:
**JANET YELLEN** LUKE CARLSON STOREY TRUST©

Fiduciary's signature

United States Secretary of Treasury

Title, if applicable      Date

Form **56** (Rev. 12-2011)

## ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

**By appointment you Janet Yellen have been chosen to act as fiduciary in re LUKE CARLSON STOREY TRUST©. Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.**

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting **"Lawful"**, open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. .Const. Art. 1:8;17-18, by the real party in interest: Trustee/TRUST & Holder-in-Due-Course **(HDC)** of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From "Lawful" private Trust jurisdiction ['as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)"] **That entity and man are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF TX, STATE OF TEXAS, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting: within a State: That Congress cannot create a trade or business. [i.e., "as defined within 26 U.S.C. § 7701(a)(26)."] tax it; [See: inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee,8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/105-70-033431 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in LUKE CARLSON STOREY TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice, for cause.

Trustee/Secured Party: Luke-Carlson: Storey
on behalf of LUKE CARLSON STOREY TRUST©
All Rights Reserved. Without Prejudice. UCC 1-308

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature

Address:
On the county at Large, riverside
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature
S.T. Rice J.D.

Address:
S.T. Rice, J.D. [#86082] Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

**Form 56**

(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

UCC Financing Statement - 20242033025 - Colorado Secretary of State - Page 12 of 18

| Part I | Identification |
| --- | --- |

Name of person for whom you are acting (as shown on the tax return)
**LUKE CARLSON STOREY  TRUST ®**

Identifying number **66-6054979**

Decedent's social security no. **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**

Address of person for whom you are acting (number, street, and room or suite no.)
**PO Box 341843,**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**AUSTIN, TEXAS [78734-9998]**

Fiduciary's name
**FRANCISCO ALICEA, et al D.B.A. SECRETARY OF TREASURY    (UNITED STATES)**

Address of fiduciary (number, street, and room or suite no.)
**C/O DEPARTMENT DE HACIENDA, P.O. BOX 9024140**

City or town, state, and ZIP code
**SAN JUAN, PUERTO RICO 00902-4140**

Telephone number (optional)
**( 787  ) 721-2020**

## Section A.  Authority

1    Authority for fiduciary relationship. Check applicable box:

a    ☐ Court appointment of testate estate (valid will exists)
b    ☐ Court appointment of intestate estate (no valid will exists)
c    ☐ Court appointment as guardian or conservator
d    ☑ Valid trust instrument and amendments
e    ☐ Bankruptcy or assignment for the benefit of creditors
f    ☐ Other. Describe ▶ ....................................................................

2a    If box 1a or 1b is checked, enter the date of death ▶ ....................................................................

2b    If box 1c – 1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ ....................................................................

## Section B.  Nature of Liability and Tax Notices

3    Type of taxes (check all that apply):  ☑ Income   ☐ Gift  ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☐ Other (describe) ▶

4    Federal tax form number (check all that apply):   a☐ 706 series   b☐ 709   c☐ 940   d☐ 941, 943, 944
e☐ 1040, 1040-A, or 1040-EZ   f☑ 1041   g☐ 1120   h☐ Other (list) ▶

5    If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ ....................................................................

6    If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
| --- | --- | --- | --- |
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.     Cat. No. 16375I     Form **56** (Rev. 12-2011)

**Part II**   Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | | |
| Address of court | | | Docket number of proceeding | | |
| City or town, state, and ZIP code | | Date | Time ☐ a.m. ☐ p.m. | Place of other proceedings |

**Part III**   Signature

TRUSTEE On behalf of LUKE CARLSON STOREY TRUST©

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Please Sign Here

*FRANCISCO ALICEA*
Fiduciary's signature

By appointment of
LUKE CARLSON STOREY TRUST© Secretary of Treasury
Title, if applicable

Date

Form 56 (Rev. 12-2011)

## ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

By appointment you FRANCISCO ALICEA have been chosen to act as fiduciary in re Luke Carlson Storey TRUST©. Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.

Otherwise this document will act as PUBLIC NOTICE and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting "Lawful", open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. .Const. Art. 1:8;17-18, by the real party in interest: Trustee/TRUST & Holder-in-Due-Course (HDC) of this and all related documents and instruments.

TAKE SPECIAL NOTICE From "Lawful" private Trust jurisdiction ['as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)'] That entity and man are "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF TX, STATE OF TEXAS, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting: within a State: That Congress cannot create a trade or business, [i.e., "as defined within 26 U.S.C. § 7701(a)(26)."] tax it: [See: inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee,8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/105-70-033431 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in LUKE CARLSON STOREY  TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice, for cause.

Trustee/Secured Party: Luke-Carlson: Storey
**on behalf of** LUKE CARLSON STOREY  TRUST©
All Rights Reserved. Without Prejudice. UCC 1-308

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address:
On the county at Large, riverside
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature
Address:
S.T. Rice, J.D. (#86082) Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Form **W-8BEN**

Department of the Treasury
Internal Revenue Service

### Certificate of Foreign Status of Non-resident for United States Tax Withholding and Reporting (Human)

▶ For use by humans. Entities must use Form W-8BEN-E.
▶ Information about Form W-8BEN and its separate instructions is at *www.irs.gov/formw8ben*.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do NOT use this form if: | Instead, use Form: |
|---|---|
| • You are NOT an individual ("individual" means a "non-resident non-person non-taxpayer" under the I.R.C.) . . . . . . . . . . . | W-8BEN-E |
| • You are a statutory U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . | W-9 |
| • You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S. (other than personal services) . . . . . . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . . . . | 8233 or W-4 |
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |

**Part I**   Identification of Non-Resident Non-Taxpayer (see instructions)

| | | | |
|---|---|---|---|
| 1 | Name of human applicant<br>Luke-Carlson: Storey | 2 | Country of nationality<br>American National |

3  Mailing address (Not a domicile or residence. Don't have a domicile or residence) (street, apt. or suite no., or rural route).
C/O PO Box 341843,

| City or town, state or province. Include postal code where appropriate.<br>Austin, Texas [78734-9998] | Country<br>united States of America |
|---|---|

4  Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|

| | |
|---|---|
| 5  U.S. taxpayer identification number (SSN or ITIN), if required (not required)<br>NONE (Not required. See 31 CFR 306.10; 31 CFR 103.34(a)(3)(x); W-8BEN Inst. p. 1,2,4,5 (Cat. 25576H); W-8 Supp. Inst. p. 1,2,6 (Cat. 26698G); Pub. 515 Inst. p. 7; Form 1042-s Inst. p. 1,14) | 6  Foreign tax identifying number (see instructions) |

| | | |
|---|---|---|
| 7  Reference number(s) (see instructions) | 8  Date of birth (MM-DD-YYYY) (see instructions)<br>10/29/1970 | |

**Part II**   Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

9  I certify that the non-resident is a resident of ................................................ within the meaning of the income tax treaty
between the United States and that country.

10  **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ...........
of the treaty identified on line 9 above to claim a .................. % rate of withholding on (specify type of income): ...............
.......................................................................................

Explain the reasons the non-resident meets the terms of the treaty article: ...................................................
.......................................................................................

**Part III**   Certification

Under penalties of perjury from without the "United States" as defined in 28 U.S.C. §1746(1) and 26 U.S.C. §7701(a)(9) and (a)(10), I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify that the "United States" that:

- I am the human who is the non-resident (or am authorized to sign for the human that is the non-resident) of all the earnings to which this form relates or am using this form to document myself as a statutory "non-resident non-person" that is an owner or account holder of a financial institution outside the geographical "United States" per I.R.C. 7701(a)(9) and (a)(10),

- The human named on line 1 of this form is not a statutory "U.S. person", "person", or "individual" as defined in 26 U.S.C. §7701(a)(30) or 26 U.S.C. §7701(c), or 26 C.F.R. §1.1441-1(c)(3) respectively, would have to hold a public office to be any of these entities, and does not consensually hold such an office.

- The earnings to which this form relates are:
  (a) not effectively connected with the conduct of a "trade or business" (public office per 26 U.S.C. §7701(a)(26)) in the United States (government).
  (b) not earned from sources within the geographical "United States" defined in 26 U.S.C. §7701(a)(9) and (a)(10),
  (c) not subject to reporting per 26 U.S.C. §6041 because not connected to a statutory "trade or business" (public office)
  (d) not subject to withholding because not statutory "income" per 26 U.S.C. §643(b) and earned by a "non-resident non-person non-taxpayer".

- The non-resident named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and

- For broker transactions or barter exchanges, the non-resident is either not-subject or statutorily exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the earnings of which I am the non-resident or any withholding agent that can disburse or make payments of the income of which I am the non-resident. **I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.**

| Sign Here ▶ | | February 26, 2024 |
|---|---|---|
| | Signature of non-resident (or individual authorized to sign for non-resident) | Date (MM-DD-YYYY) |
| | Luke-Carlson: Storey | Trustee |
| | Print name of signer | Capacity in which acting (if form is not signed by non-resident) |

**For Paperwork Reduction Act Notice, see separate instructions.**            Cat. No. 25047Z            Form **W-8BEN** (Rev. 2-2014)

# W8BEN Affidavit

### (International) Commercial Affidavit

This Affidavit in regard to the W-8BEN on the obverse side is executed as Lawful **\*PUBLIC NOTICE\*** [U.C.C. § 1-201(25)(26)(27)]. The Trustee/Secured Party signatory hereto is executing document under signature; expressly to **\*declare trustees stature as a Non-Resident/Non-Person in regard to U.S. Inc. (Id)"** with no duress, in accord the terms of the aforementioned. Therefore, I, the Trustee/Secured Party duly depose and says without recourse that, the foregoing is true, correct, and certain; and if called as a witness, I am One; who can "Testify" to the facts, _evidenced_, and subject-matter within Trust Documentation and supporting documents as well as the "W-8BEN" evidence(d) on the obverse side of this page; executed hereunder; and expressly supported by this Affidavit; executed as dated below, nunc pro tunc to 02/01/<YEAR 18> the date or original creation of trust.

NOTICE TO AGENT IS [imputed] NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS [imputed] NOTICE TO ALL AGENTS OF THE SUBJECT MATTER HEREIN, and PRESENTED IN GOOD FAITH [UCC. § 1-201(19) UCC § 1-203; UCC § 1-202].

This Affidavit is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18,"] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

**Trustee/Secured Party: Luke-Carlson: Storey**
All Rights Reserved, Without Prejudice. [UCC 1-308]

#### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address:
On the county at Large, riverside
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature
Address:
S.T. Rice, J.D. (#86082) Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Tracking No. **9589 0710 5270 0836 0365 84**

TO: Secretary of the Treasury / I.M.F.
C/O DEPARTMENT DE HACIENDA
P.O. BOX 9024140,
SAN JUAN, PR 00902-4140

# PRIVATE REGISTERED
# BOND FOR INVESTMENT
### Value of Bond is: $100,000,000.00
### ONE HUNDRED MILLION U.S. DOLLARS

**PRIVATE REGISTERED SELF BACKED BOND BASED ON FUTURE EARNINGS IN RE:**
**LIVE BIRTH 105-70-033431/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 for Investment at the discretion of the Secretary of**
**the Treasury/U.S. DEPARTMENT OF THE TREASURY as Fiduciary**

**Attention:** Fiduciary/Receiver:

The below Undersigned Principal, Luke-Carlson: Storey on behalf of the LUKE CARLSON STOREY ESTATE/TRUST, herewith includes proof of the original issued instrument for basis of future value predicated on Certificate of Live Birth under Number 105-70-033431. Current value accepted and issued as credit as indicated at the same amount as this bond. All endorsements front and back, to be attached to the original. The Undersigned Principal being the only known legitimate party having ameliorated value into aforesaid, contributing of the credit assured therein.

Tendered in accordance with all applicable laws including but not limited to UCC 1-104 and Public Law 73-10 and Chap. 48, 48 Stat. 112.

##  BOND ORDER 

You are hereby directed to utilize said credit (asset funds) for sound investment purposes not including games of speculation. This bond valued at ONE HUNDRED MILLION ($100,000,000) is issued to the treasury with a maturity date of 100 years hence bearing 1% interest per annum for a full value of $100,000,000 at maturity date. This credit we issue with guarantee of ONE HUNDRED MILLION DOLLARS ($100,000,000) to the treasury that we make with no request for money up front. In return we would like the treasury to use the credit of ONE HUNDRED MILLION DOLLARS ($100,000,000) to make investment(s) of at least 2% per annum in safe non-speculative investments, 1% of which will be held on account or reinvested to continue to accrue and roll over to cover the bonds value at maturity. Please also note the below Trust Name & Address to be used for anything over the 1% per annum divisible on biannual basis accordingly available after the first term from the date of receipt indicated on the green card return receipt from acceptance. Please send overages in the form of a check for use by the trust in operations and other investments. This agreement creates full security of the funds as you are guaranteed to be paid as they will accrue in your control, furthermore we will also pledge the current and future assets of the trust as a guarantee of payment in full upon maturity or if it pleases the treasury to reissue another bond on the same basis. This Bond shall be ledgered as an asset to mature in One-Hundred (100) years from the date of issuance. The Secretary of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the date of receipt of sending, to dishonor this Bond by returning this Bond to the Principal at the address below by mail verified by return receipt, with an explanation of all deficiencies. Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond.

All overages held and not distributed may be used at the discretion of LUKE CARLSON STOREY ESTATE/ TRUST for set-off of any private, commercial, corporate or Public, bills, taxes, debts, money claims, demand(s), for payment(s) and the like, used in any regular course of business affairs as well as backing for for lending at institutions lines of credit, to transmit electronic telex or other instruction to the vendor/creditor to remove 'ledgered debt' from their books or for discharge/set off for adjustment of account for settlement and/or closure. Void where prohibited by law.

Trustee/Secured Party: _____

on behalf of *LUKE CARLSON STOREY*
c/o PO BOX 341843
AUSTIN, TEXAS [78734-9998]

This instrument is backed by the full faith and credit of LUKE CARLSON STOREY TRUST©

Item LCS-10291970-PRB

**(Luke Storey) UCC1 Packet**

File name: (Luke Storey) SR&A Limited Power of    Uploaded: 04/12/2024 10:00:52 PM
Attorney COUNTERSIGNED.pdf

# ASSIGNMENT OF LIMITED POWER OF ATTORNEY

## ooOoo
### By --

**Luke Carlson Storey**, Grantor, currently receiving his written communications in care of PO BOX 341843, AUSTIN, TEXAS, [78734-9998].

### Upon--

Shawn T. Rice, J.D. (#86082, Fed. Tr. Cir. Ct./Non-Bar), Grantee, on the county at Large, riverside, currently receiving written communication in care of 28039 Scott Road, Unit D-350, Murrieta, California [92563].

The purpose of this Limited Power of Attorney is to assist Grantor in:

1. Establishing Holder-in-Due-Course (HDC), Secured Party Creditor (SPC), status in relation to his estate; and
2. Filing any and all requisite documents to achieve HDC/SPC status with State of Birth (officials), USDOJ, US Treasury, International Monetary Fund, (applicable FRAN) Federal Reserve Bank, Securities and Exchange Commission, local/applicable Secretary of State UCC filing portal, Depository Trust Company, and/or any other applicable entity(ies), private or governmental; and
3. Settling any and all claims against said Grantor ESTATE/TRUST in relation to real or personal property, taxes, or any liability(ies) settlement(s); and
4. communicating, emailing, telephoning, visiting, representing, assisting, investigating, filing documents, with whomever necessary, but restricted to and in furtherance in said real or personal property, taxes, or any liability(ies) settlement(s); and
5. filing any such document with whatever financial institution(s), private or government agencies, on behalf of Grantor in furtherance of said real or personal property, taxes, or any liability(ies) settlement(s); and
6. utilizing the 1099, 1096, 1199A, process to settle any outstanding liabilities after HDC/SPC status established; and
7. using the signature stamp of Grantor to perform the functions stated in this instrument; and
8. acting in the stead and good interests of the Grantor in any matter, manner, or capacity regarding the Grantor's real or personal property, taxes, or any liability(ies) settlement(s) thereunto pertaining.

THIS POWER OF ATTORNEY is effective immediately upon signature, and it shall remain in full force and effect for 24 months or until terminated by the Grantor. **California Constitution Art I § 9 applies.**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

_Sign your name in this space_

**Luke Carlson Storey**, Grantor

~~Texas~~ state

~~Travis~~ county

**WITNESSED BY NOTARY**

subscribed and affirmed

On this, the 14th day of March, 2024, the assignor and grantor, **Luke Carlson Storey**, physically appeared before me, and s/he has proven to me, on the basis of satisfactory evidence, to be the assignor and grantor, whose name is subscribed to the within instrument, and acknowledged that s/he has executed the same for the purpose(s) defined and set forth herein.

Notary Signature above this line

ALPA PATEL
Notary Public, State of Texas
Comm. Expires 07-02-2025
Notary ID 129477449

Acceptance of Agreement

_S.T. Rice, J.D._
S.T. Rice, J.D.