# EXHIBIT "B"
# COPY OF FILED
# DISCHARGE OF BIRTH CERTIFICATE

# STATE OF COLORADO
COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT
CERTIFIED ABSTRACT OF BIRTH

CERTIFICATION OF VITAL RECORD

105197003343 1

LUKE CARLSON STOREY

OCTOBER 29, 1970 07:16 A.M.

DENVER

MARTHA ANN SKURTUN

CALIFORNIA

27

NOVEMBER 20, 1970

MALE

DENVER

ALAN ANDREW STOREY

ILLINOIS

27

~~DISCHARGED~~

THIS IS A TRUE CERTIFICATION OF NAME AND BIRTH BIRTH FACTS AS RECORDED IN THIS OFFICE.

STATE REGISTRAR

MAY 06, 2002

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

SS182191 3

