

# U.S. District Court

## Texas Western - Austin

Receipt Date: Aug 26, 2024 12:47PM

Luke Storey, Inc.
211 Finn St.
Lakeway, TX 78734-4414

Rcpt. No: 1900	Trans. Date: Aug 26, 2024 12:47PM	Cashier ID: #CERy

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #1607 | 08/26/2024 | | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 1:24-cv-00989 Storey v. United States of America Internal Revenue Service et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov