# UNITED STATES DISTRICT COURT
for the

Western District of Texas

Luke C. Storey )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:24CV00989
UNITED STATES OF AMERICA et; al ) RP
INTERNAL REVENUE SERVICE, )
IRS Agent LU H. JIMENEZ )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States of America, et, al
Department of the Treasury
Internal Revenue Service
D/B/A: IRS Agent LV H. Jimenez
501 West Ocean Blvd
Long Beach, California [90802-9213]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Luke Carlson Storey
On the county at Large, Travis
Non-Domestic
c/o: PO Box 341843
Austin, Texas [78734-9998]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Philip J. Devlin

Date: 6/26/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Luke C. Storey )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:24CV00989 RP
DEPUTY ASSISTANT ATTORNEY GENERAL )
D/B/A: DAVID A HUBBERT )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEPUTY ASSISTANT ATTORNEY GENERAL
D/B/A: DAVID A HUBBERT
c/o: U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Luke Carlson Storey
On the county at Large, Travis
Non-Domestic
c/o: PO Box 341843
Austin, Texas [78734-9998]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Philip J. Devlin

Date: 8/26/2024

*Signature of Clerk or Deputy Clerk*