Civil Action No.   **1:24CV00989**

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

**FILED**
2024 SEP -5  PM 3:43
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

This summons for   INTERNAL REVENUE SERVICE D/B/A: IRS Agent LU H. JIMENEZ Attn: Internal Revenue Service
was recieved by me on  8/28/2024:

- ☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- ☒ I returned the summons unexecuted because **Moved** after attempting service at **501 W Ocean Blvd, Long Beach, CA 90802**; or

- ☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  09/04/2024

_____
Server's signature

**Jacob Butler**
*Printed name and title*

**1705 Rose Ave**
**Long Beach, CA 90813**

_____
Server's address

Additional information regarding attempted service, etc:

**9/4/2024 1:28 PM: I spoke with an individual who identified themselves as the employee and they stated subject moved.  SECURITY GUARD AT FRONT DESK INFORMED ME AGENT OF SERVICE/BUILDING IN GENERAL NOT PERMITTED TO ACCEPT LEGAL DOCUMENTS. SUBJECT MOVED. SUBJECT DOES NOT WORK OR RESIDE AT BUILDING. SUBJECT MOVED. STATED SPECIAL PERMISSION NEEDED FOR SERVICE. SUBJECT MOVED. SECURITY GUARD WAS ASIAN/VIETNAMESE MALE, 50's-60's, 5'8, 160lbs BLACK HAIR. SUBJECT MOVED.**




Tracking #: 0142150794